# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

No. 24-1001
(23-00089-5-DMW)

_____

In re: ROBERT SHARPE
Petitioner

_____

MOTION FOR PACER ACCESS

_____

    Petitioner Robert Sharpe respectfully comes to this court requesting assistance with PACER. Although my future fees are exempt, it did not include fees from last quarter. Please know, I am very thankful for the access.

    I am attempting to raise money, but at the moment I am unable to access my cases. I made a partial payment of $200. Until I get paid again in 8 days, currently I have only $500 in my account for gas and food. If the past fees can't be waived, I expect to be able to catch up the $300 owed by 6/18/2024.

                                  Respectfully submitted this 10th day of June 2024,

                                    /s/ Robert Sharpe
                                    _____

                                    Robert Paul Sharpe
                                    245 Royal Fern Rd
                                    Wilmington NC 28412
                                    wilmingtondiver@gmail.com