Office of Staff Counsel
# United States Court of Appeals
## for the Fourth Circuit

---

1100 East Main Street, Suite 325
Richmond, Virginia 23219-3538

Melissa L. Wood
Senior Staff Counsel

Tel. (804) 916-2900
Fax (804) 916-2920

July 31, 2024

Kevin S. Elliker
Hunton Andrews Kurth, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Re: No. 24-1001, *In re: Robert Sharpe*

Dear Mr. Elliker:

Thank you for agreeing to be assigned as counsel on behalf of the petitioner in this mandamus proceeding.

The issue of particular interest to the Court is:

**MANDAMUS:** Whether the bankruptcy court's restrictions on speech are overbroad and violate the First Amendment.

You are free to brief and argue any other issues that may appear meritorious.

The maximum authorized compensation is $750, plus expenses. A maximum hourly rate of $140 applies to both in-court and out-of-court work. Any compensation issues should be addressed to Deputy Clerk Patty Layne at (804) 916-2700.

The case manager assigned to this case, Richard Sewell, will assist you with any procedural inquiries; he can be reached at (804) 916-2700. Please contact me at (804) 916-2900 for any other assistance.

You will be notified as to the briefing schedule promptly after it is established by the Clerk's Office. The electronic record is available on PACER. Your assignment to this

case as a member of this Court's Discretionary Panel authorizes you to obtain and use a fee exempt CJA Panel Attorney account to provide representation in this case.

We appreciate your assistance to the Court in accepting this assignment.

Very truly yours,

*Melissa L. Wood*

Melissa L. Wood


cc: Robert Sharpe
John Charles Bircher, III