FILED: August 1, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1001
(23-00089-5-DMW)
_____

In re: ROBERT PAUL SHARPE

　　Petitioner

_____

O R D E R
_____

Upon consideration of the submissions relative to appellant's motion to stay and motions to proceed in forma pauperis, the court grants the motions to proceed in forma pauperis and denies the motion to stay.

　　　　　　　　　　For the Court

　　　　　　　　　　/s/ Nwamaka Anowi, Clerk